IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael D. Ganaway,

    Plaintiff(s),

vs.

Marcolin USA,

    Defendant(s).

Case Number: 1:18cv316

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on October 29, 2018 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 13, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion to dismiss (Doc. 5) is GRANTED. Plaintiff's motion to remand (Doc. 11) is DENIED. This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

                                                                */s/ Susan J. Dlott*
                                                                Judge Susan J. Dlott
                                                               United States District Court